3

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. B-00-041 |
| LOURDES M. BADILLA, | § § | |
| Defendant. | § § | |

United States District Court
Southern District of Texas
ENTERED

MAY 15 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER OF DISMISSAL

On the United States' Motion, this case is dismissed without prejudice.

SIGNED *May 11*, 2000, at Brownsville, Texas.

_____
Hon. Hilda Tagle
United States District Judge